1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
2  5150 FAIR OAKS BLVD., SUITE 101
   PMB #253
3  CARMICHAEL, CA 95608-5758
   TELEPHONE (916) 485-3516
4  FAX (916) 481-4224
   E-MAIL scottnjohnson@comcast.net

5  Attorney for Plaintiff Scott N. Johnson

7               IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

10 Scott N. Johnson                    Case No.: CIV.S 09-cv-02509-MCE-DAD

11           Plaintiff,                **PLAINTIFF'S REQUEST FOR
                                       DISMISSAL OF FAUSTO VILLALOBOS
12      vs.                            AND *Proposed* ORDER**

14 JMG Credit Zone, Inc., et al,
                                       Complaint Filed: SEPTEMBER 8, 2009
15
                                       **CASE TO BE REMAIN OPEN AS TO
16                                     REMAINING DEFENDANTS**
             Defendants
17

20      **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Fausto

Villalobos) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

///
///
///
///
///

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                         CIV: S-09-02509-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  This case is to remain open with respect to the remaining Defendants. Defendant (Fausto
2  Villalobos) is dismissed because this Defendant is not a proper party.

3
4  Dated: January 11, 2010                              /s/Scott N. Johnson
                                                        SCOTT N. JOHNSON
5                                                       Attorney for Plaintiff

6
7  **IT IS SO ORDERED.**

8  DATED: January 12, 2010

9  _____
10                                       MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                CIV: S-09-02509-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com