SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff,<br><br>  vs.<br><br>JMG Credit Zone, Inc., et al<br><br>      Defendants | Case No. **2:09-cv-02509-MCE-DAD**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL FEBRUARY 12, 2010 FOR DEFENDANT KATSAROS FAMILY TRUST TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Katsaros Family Trust, by and through their respective attorneys of record, Scott N. Johnson; John D. Montague, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Katsaros Family Trust until January 13, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Katsaros Family Trust is granted an extension until February 12, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Katsaros Family Trust's response will be due no later than February 12, 2010.

IT IS SO STIPULATED effective as of January 8, 2010

Dated:   January 8, 2010            /s/John D. Montague_____
                                    John D. Montague,
                                    Attorney for Defendant
                                    Katsaros Family Trust


Dated:   January 8, 2010            /s/Scott N. Johnson ____
                                    Scott N. Johnson,
                                    Attorney for Plaintiff

1  **IT IS SO ORDERED:** that Defendant Katsaros Family Trust
2  shall have until February 12, 2010 to respond to complaint.

Dated: January 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE